**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WEI XIAN YANG,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CHINA CHINA, INC. dba CHINA CHINA RESTAURANT AND BUFFET, CHUN JENN JI and DOES 1-10,<br><br>　　　　　　Defendants.<br>_____/ | No. C08-03956 HRL<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A STATUS REPORT** |

　　　This matter currently is set for a January 12, 2010 final pretrial conference and a January 19, 2010 bench trial. On June 18, 2009, this court conditionally granted defense counsel's motion to withdraw. There has been no activity on the docket since then. Additionally, it is not clear whether defendants have, in fact, filed for bankruptcy because no one has filed a notice of the automatic stay.

　　　Accordingly, plaintiff is directed to file a status report **no later than Friday, January 8, 2010**. Unless otherwise ordered, the January 12, 2010, 1:30 p.m. pretrial conference remains on calendar.

　　　SO ORDERED.

Dated:　January 6, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:08-cv-03956-HRL Notice has been electronically mailed to:

2  Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Richard C. J. Wahng rwahng@legal-opinion.com, cjwahng@hotmail.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.